ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

           FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CV 12-02070-DOC (ANx) |
|     Plaintiff, | ) |
|     v. | ) **JUDGMENT OF FORFEITURE [18]** |
| $222,200.00 IN U.S. CURRENCY, | ) |
|     Defendant. | ) |
| FEDERICO REAL MENDIVIL AND ELIZABETH MERCEDES GOMEZ, | ) |
|     Claimants. | ) |

Plaintiff's Motion for Summary Judgment having been granted by Order of October 1, 2013,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest of claimants Federico Real Mendivil, Elizabeth Mercedes Gomez, and all other potential claimants in and to the defendant $222,200.00 in U.S. Currency ("defendant") is condemned and forfeited to the United States of America. The defendant shall be disposed of in accordance with law.

DATED: This 28th day of October, 2013.

*David O. Carter*
_____
HON. DAVID O. CARTER
United States District Judge

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


_____/s/_____
JENNIFER M. RESNIK
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2